```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/18/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MINT, INC.,

                  Plaintiff,

          - against -

SHOKOMOKO, et al.,

                  Defendants.
------------------------------------------------------------x

10 Civ. 9394 (RMB)

**ORDER**

      By Order dated December 22, 2010, the Court directed the parties to submit a letter by January 6, 2011 (noon) setting forth the reasons, if any, why this action should not be transferred to the United States District Court for the Western District of Washington pursuant to 28 U.S.C. § 1404(a) based, among other things, upon allegations in the Complaint that "Defendant Amazon.com, Inc. is a Delaware corporation with offices at 1200 12th Avenue South, Suite 1200, Seattle[,] Washington 98144" and "Defendant Shokomoko is, upon information and belief, a business entity with a principal place of business in Israel." (Compl. ¶¶ 2–3.) Plaintiff Mint, Inc. having failed to respond, and Defendant Amazon.com having written to the Court on January 7, 2011 stating, "Our filing of an answer . . . should not be construed to suggest that venue is, in fact, proper in the Southern District of New York (which we believe it is not)," it is hereby

      **ORDERED** that in accordance with the Order of the Court dated December 22, 2010, the Clerk of Court is directed to transfer this case to the United States District Court for the Western District of Washington pursuant to 28 U.S.C. § 1404(a) and to close this case on the Court's docket.

Dated: New York, New York
         January 18, 2011

                                                                        _RMB_____
                                                               **RICHARD M. BERMAN, U.S.D.J.**